**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:       In the Interest of G.M.M, a Child

Appellate case number:    01-20-00159-CV

Trial court case number:   2019-00022J

Trial court:               313th District Court of Harris County

Appellant, Mother, has filed a second motion to extend time to file her appellant's brief. The appellate record in this accelerated appeal was completed on March 6, 2020, when the reporter's record was filed with this Court, thereby establishing a deadline of March 26, 2020 for the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(a). On appellant's motion, we extended the time to file her brief to April 21, 2020. *See* TEX. R. APP. P. 38.6(d). Appellee has filed a second motion, requesting a twenty-one day extension of time to file her brief. The motion is **granted**.

Appellant's brief is due to be filed no later than **May 12, 2020**. Absent extraordinary circumstances, no further extensions will be granted.

It is so ORDERED.

Judge's signature: _____/s/ Evelyn V. Keyes_____

               ☑ Acting individually    ☐ Acting for the Court

Date: _____April 28, 2020_____